| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  ROBERT J. ARTUZ<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>   Facsimile:  (916) 554-2900 | **FILED**<br>Aug 7, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTERS OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT AND ORDERS PURSUANT TO § 2703(d) RE: | ORDER TO UNSEAL SEARCH WARRANT, SEARCH WARRANT AFFIDAVIT, § 2703(d) APPLICATIONS |
| Information Associated with Joshua Bilal George that is Stored at Premises Controlled by Apple, Inc. | 2:20-SW-0148-KJN |
| Subscribers Identified by: Phone Number 916 916-807-0027, Phone Number 916-223-0007, Phone Number 619-606-5002, Email Address Joshua.B.George@hq.dhs.gov, Email Address JAE1683@yahoo.com, and IMEI# 014389001578781 | 2:20-SW-0149-KJN |
| Mobile-Phone Accounts Identified by 916-223-0007 | 2:20-SW-0218-AC |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 08/07/2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE